**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SVETLANA GITERMAN,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:16-0402** |
| : | |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **POCONO MEDICAL CENTER,** | |
| *et al.*, : | |
| **Defendants** : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion for summary judgment of PMC, **(Doc. 51)**, is **GRANTED IN PART** and **DENIED IN PART**.

**(2)** PMC's motion for summary judgment with respect to plaintiff's claim under Title III of the ADA, Count I of her amended complaint, **(Doc. 23)**, is **GRANTED**.

**(3)** PMC's motion for summary judgment with respect to plaintiff's disability discrimination claim for damages against it under Section 504 of the Rehabilitation Act, Count II of her amended complaint, **(Doc. 23)**, is **DENIED**.

**(4)** The motion for summary judgment of WCC, **(Doc. 55)**, is **GRANTED IN PART** and **DENIED IN PART**.

**(5)** WCC's motion for summary judgment with respect to

plaintiff's claim under Title III of the ADA is **GRANTED**.

**(6)** PMC's and WCC's motions for summary judgment with respect to plaintiff's claims for injunctive and declaratory relief against them under §504 of the RA are **GRANTED**.

**(7)** WCC's motion for summary judgment with respect to plaintiff's disability discrimination claim for damages against it under Section 504 of the Rehabilitation Act is **DENIED**.

**(8)** Plaintiff's cross-motion for summary judgment, **(Doc. 64)**, with respect to her claim under Title III of the ADA against PMC is **DENIED**.

**(9)** Plaintiff's cross-motion for summary judgment with respect to her claim for damages under Section 504 of the Rehabilitation Act against PMC and WCC is **DENIED**.

**(10)** Plaintiff's claim for damages under Section 504 of the Rehabilitation Act against PMC and WCC will **PROCEED TO TRIAL**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 16, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0402-01-ORDER.wpd