**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SVETLANA GITERMAN,** | : |
| | : |
| **Plaintiff** | :     **CIVIL ACTION NO. 3:16-0402** |
| | : |
| **v.** | : |
| | :     **(JUDGE MANNION)** |
| **POCONO MEDICAL CENTER,** | |
| *et al.,* | : |
| | |
| **Defendants** | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

    **(1)**     The plaintiff's motion *in limine*, **(Doc. 94)**, to preclude WCC from introducing evidence it received a civil rights clearance letter from HHS is **DENIED**.

    **(2)**     the plaintiff's motion *in limine*, **(Doc. 96)**, to exclude the expert testimony and report of Spinelli is **GRANTED IN PART** and **DENIED IN PART**, as specified in the foregoing memorandum.

    **(3)**     The plaintiff's motion *in limine*, **(Doc. 97)**, to exclude the expert testimony and report of Sieminski is **GRANTED IN PART** and **DENIED IN PART**, as specified in the foregoing memorandum.

    **(4)**     WCC's motion *in limine*, **(Doc. 105)**, to preclude the plaintiff from introducing any evidence regarding a "Golden Rule" argument is

**GRANTED** as unopposed.

**(5)** PMC's motion *in limine* to exclude entirely or to limit the testimony Shepard-Kegl, **(Doc. 101)**, is **GRANTED IN PART** and **DENIED IN PART**, as specified in the foregoing memorandum.

**(6)** WCC's motions *in limine* to exclude entirely or to limit the testimony Shepard-Kegl, **(Docs. 103, 107, 109 & 111)**, are **GRANTED IN PART** and **DENIED IN PART**, as specified in the foregoing memorandum.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 2, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0402-02-ORDER.wpd