**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SVETLANA GITERMAN,** | : |
| | : |
| **Plaintiff** | : CIVIL ACTION NO. 3:16-0402 |
| | : |
| v. | : |
| | : (JUDGE MANNION) |
| **POCONO MEDICAL CENTER,** *et al.*, | : |
| | : |
| **Defendants** | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

The plaintiff's motion to strike and to preclude the trial testimony of PMC's witnesses, Khatrichettri and Zujus, **(Doc. 137)**, is **DENIED**, and PMC will be **ALLOWED** to present the testimony of these two witnesses at trial.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 19, 2019**
16-0402-03-ORDER.wpd