AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| SVETLANA GITERMAN <br> *Plaintiff* <br> v. <br> POCONO MEDICAL CENTER, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:16-402 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Per jury verdict that judgment is entered in favor of the defendants Pocono Medical Center, Pocono Health System and Whitestone Care Center, LLC and against the plaintiff Svetlana Giterman.

This action was *(check one)*:

☑ **tried by a jury with Judge** Malachy E. Mannion, U.S. District Judge _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for

Date: 4-30-19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*